Cox v. Douglas.

1. TENDER: USURY: FORECLOSURE. Usury may be pleaded as a defense in a proceeding to foreclose a mortgage without an allegation of a tender of the amount admitted to be due from defendant to plaintiff.

*Appeal from Johnson District Court.*

SATURDAY, OCTOBER 16.

THE facts are stated in the opinion of the court.

*Clark & Bro.* for the appellant, relied upon *Kuhner* v. *Butler*, 11 Iowa 419, and Story Eq. Jur. §§ 64 *e*, 300, 301, and contended that *Phelps* v. *Pierson*, 1 G. Greene 127, is inapplicable.

*McKay & Bradley* for the appellee.

LOWE, C. J.—Foreclosure of a mortgage. A defense of usury was set up without tendering the amount of the princi-

pal, on which account a demurrer was filed to the answer, the same sustained and the cause appealed.

Precisely the same question was raised in the case of *Kuhner* v. *Butler*, 11 Iowa 419, and the ruling of the court below in that case was held to be error, and reversed; as we also reverse this for the reasons assigned in the case referred to.

Reversed.